# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Higginbotham, Patrick E. | U.S. Court of Appeals, Fifth | 07/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior Judge) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

903 San Jacinto Blvd, Room 400
Austin, TX 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Center for American & International Law (Formerly the Southwestern Legal Foundation) |
| 2. | Board of Overseers | Rand - Institute for Civil Justice |
| 3. | Co-Independent Executor | Trust #1 |
| 4. | Independent Executor | Trust #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | St. Mary's University (Teaching) | $50,860.25 |
| 2. | 2012 | Southern Methodist University (Teaching) | $41,777.76 |
| 3. | 2012 | Duke University (Teaching) | $4,500.00 |
| 4. | 2012 | Matthew Bender & Co., Inc. | $1,120.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Law Review Symposium | February 25, 2012 | Austin, TX | Panel Participant | Lodging |
| 2. | New Orleans CH Federal Bar Association | May 24, 2012 | New Orleans, LA | Speaker | Transportation, Parking |
| 3. | State Bar of Texas Annual Meeting | June 15, 2012 | Houston, TX | Panel Participant | Transportation, Lodging |
| 4. | ABA Annual Meeting | August 5, 2012 | Chicago, IL | Speaker | Transporation, Lodging |
| 5. | SMU School of Law | Jan. 10 - Apr. 19, 2012 | Dallas, TX | Teaching | Transportation, Lodging (Weekly) |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 07/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | J | T | | | | | |
| 2. New York Life Insurance Company | A | Interest | K | T | | | | | |
| 3. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 4. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 7. Virtus Strategic Growth Fund A | | None | K | T | | | | | |
| 8. BAC MITTS DJUBS - ER | A | Interest | J | T | | | | | |
| 9. Florida St BRD ED | A | Interest | J | T | | | | | |
| 10. Bay Area Toll Auth CA | A | Interest | J | T | | | | | |
| 11. Cherokee CO GA Hosp Auth RV CTFS REF MBIA | B | Interest | | | Redeemed | 12/03/12 | J | A | |
| 12. Coconino-Yavapai AZ JT | A | Interest | J | T | | | | | |
| 13. Maricopa CO AZ | A | Interest | J | T | | | | | |
| 14. Hawaii ST | A | Interest | J | T | | | | | |
| 15. Cypress - Fairbanks TEX | B | Interest | K | T | | | | | |
| 16. Houston TEX INDPT SCH | B | Interest | K | T | | | | | |
| 17. Chatham Cnty GA HOSP REV | A | Interest | | | Redeemed | 6/18/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fulton Cnty GA DEV AT RV GA TECH FNDTN | A | Interest | | | Redeemed | 5/1/12 | J | A | |
| 19. AGL Resources Inc Common Stock | B | Dividend | K | T | | | | | |
| 20. Blackrock Global Allocation Fd Inc | A | Dividend | M | T | | | | | |
| 21. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 22. Exxon Mobil Corp Common Stock | C | Dividend | M | T | | | | | |
| 23. Pimco Total Return Fd | A | Dividend | K | T | | | | | |
| 24. Pioneer High Yield Fund Class C | A | Dividend | K | T | | | | | |
| 25. Invesco Van Kampen | A | Dividend | J | T | | | | | |
| 26. Trust #1 | | None | J | W | | | | | |
| 27. Trust #2 -Rental Properties (Tarrant County, TX) | A | Rent | N | W | | | | | |
| 28. Trust #2 - Royalty Interest (Tulsa, OK) | A | Royalty | J | W | | | | | |
| 29. Rental Property (Pensacola, FL) | D | Rent | M | W | | | | | |
| 30. Royalty Interest (Tulsa, OK) | A | Royalty | J | W | | | | | |
| 31. IRA, Bank of America | B | Interest | | | Closed | 9/3/12 | K | A | |
| 32. IRA, Bank of America (Money Market) | A | Interest | J | T | Distributed (part) | 9/5/12 | K | A | |
| 33. Chase Account (Trust #1) | | None | J | W | | | | | |
| 34. Merrill Lynch Bank U.S.A. | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 07/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merrill Lynch Bank & Trust | A | Interest | M | T | | | | | |
| 36. Coca Cola | B | Dividend | L | T | | | | | |
| 37. Central Greene PA SCH DIST SER B | A | Interest | | | Redeemed | 2/15/12 | J | A | |
| 38. Rochester NH XLCA | A | Interest | J | T | | | | | |
| 39. Rental Property (Austin, TX) | D | Rent | M | W | | | | | |
| 40. Delta Air Lines Inc. | | None | J | T | | | | | |
| 41. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 42. Dallas TEX Wtrwks & Swr | A | Interest | J | T | | | | | |
| 43. EFA EEM Stars Issuers BAC | | None | | | Redeemed | 6/5/12 | K | A | |
| 44. Capital One Bank Account | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higginbotham, Patrick E. | 07/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick E. Higginbotham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544